No. 803. WILLIAM ANDERSON AND ROBERT BARRY, PARTNERS, ETC., PLAINTIFFS IN ERROR, v. THE INHABITANTS OF THE CITY OF BORDENTOWN, N. J. In error to the Court of Errors and Appeals of the State of New Jersey. Motion to dismiss submitted January 9, 1912. Decided January 15, 1912. *Per Curiam.* Writ of error dismissed for the want of jurisdiction. *St. Paul &c. R. R. Co.* v. *County of Todd,* 142 U. S. 282; *St. Paul Gas Light Co.* v. *St. Paul,* 181 U. S. 142; *New Orleans Water Works Co.* v. *Louisiana,* 185 U. S. 336, 350, and cases cited; *Hamblin* v. *Western Land Co.,* 147 U. S. 531; *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Los Angeles Farming & Milling Co.* v. *Los Angeles,* 217 U. S. 217, 226. *Mr. E. A. Armstrong* for the plaintiffs in error. *Mr. Frederic D. McKenney, Mr. J. Spalding Flannery* and *Mr. William Hitz* for the defendant in error.